# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD PORTILLO, | ) | Case No. CV 09-5630 VAP (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DARREL G. ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: _September 20, 2011

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE